IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GREGORY R. MEIZINGER, | : | CHAPTER 7 |
| | : | |
| Debtor | : | BANKRUPTCY NO. 24-11725-AMC |
| | : | |
| BEST LINE LEASING, INC. | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| GREGORY R. MEIZINGER, | : | Attorney I.D. # 325977 |
| Debtor | : | |
| | : | |
| and | : | |
| | : | |
| LYNN E. FELDMAN, | : | |
| Trustee | : | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Best Line Leasing, Inc. and index same on the master mailing list.

                                            Respectfully submitted,
                                            **STUCKERT AND YATES**

                           By:    /s/ Justin M. Pilchman
                                        Justin M. Pilchman, Esquire
                                        Attorney I.D. 325977
                                        2 North State Street
                                        Newtown, PA  18940
                                        215.968.4700
                                        Email: Jpilchman@stuckertyates.com