IN THE UNITED STATES BANKRUPCTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: GREGORY R. MEIZINGER,    :    Case No. 24-11725-amc
                                :
        Debtor                  :    Chapter 7

# REQUEST OF FORR, STOKAN, HUFF, KORMANSKI & NAUGLE
# FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)

PLEASE TAKE NOTICE that Forr, Stokan, Huff, Kormanski & Naugle, as authorized agent for creditor, Craig Fencing, Inc., requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and sections 102(I), 342 and 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., that all notices given or required to be given and all papers served or required to be served in this case also be given to and served, whether electronically or otherwise on:

Craig Fencing, Inc.
c/o James R. Huff, II, Esquire
Forr, Stokan, Huff, Kormanski & Naugle
1701 5th Avenue
Altoona, PA   16602
814-946-4316-Phone
814-946-9426-Fax
Email: jhuff@sfshlaw.com

Dated: June 11, 2024

Forr, Stokan, Huff, Kormanski & Naugle

By: /s/James R. Huff, II
    James R. Huff, II, Esquire
    Authorized Agent for Craig Fencing, Inc.
    Pa. I.D. No. 33270