# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | **GREGORY R. MEIZINGER** : | **CHAPTER 7** |
| | : | |
| | : | **BANKRUPTCY NO. 24-11725-AMC** |
| | **Debtor** : | |

## PRAECIPE TO CHANGE DEBTOR'S ADDRESS

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly change the Debtor's address to:

Gregory R. Meizinger
881 LeCove Drive
Virginia Beach, VA 23464


Respectfully submitted,

Lohr & Associates, Ltd.


Date: July 12, 2024        By:    /s/ Robert J. Lohr II
1246 West Chester Pike
Suite 312
West Chester, PA 19380
(610) 701-0222 - telephone
(610) 431-2792 - facsimile
bob@lohrandassociates.com - email