IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: GREGORY R. MEIZINGER : CHAPTER 7
:
Debtor :
:
: BANKRUPTCY NO. 24-11725-amc
:

**STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING TO DISCHARGE AND TIME TO MOVE FOR DISMISSAL (OR CONVERSION)**

AND NOW, this 25th day of July, 2024, it is hereby agreed and stipulated between Lynn E. Feldman, Esquire, Chapter 7 Trustee and Robert J. Lohr II, Esquire, Counsel for the Debtor, as follows:

1. The current deadline for the Trustee and any party in interest to file a Complaint Objecting to Discharge and Time to Move for Dismissal (or Conversion) is August 26, 2024.

2. The parties hereby agree, that the Trustee, and any parties in interest, including the United States Trustee shall have until October 26, 2024 to file a Complaint Objecting to Discharge and/or filing a Motion to Dismiss (or Convert) pursuant to 11 U.S.C. § 707(b). Debtor's attorney certifies that he has specific authority from the Debtor to enter into this Stipulation.

_____        _____
Lynn E. Feldman, Esquire                Robert J. Lohr II, Esquire
Chapter 7 Trustee                       Counsel for the Debtor

**ORDER**

AND NOW, this ___ day of _____, 2024, IT IS HEREBY ORDERED that the above Stipulation be approved and made an Order of this Court with full force and effect thereof.

_____
Ashely M. Chan, Chief Judge
United States Bankruptcy Court
for the Eastern District of Pennsylvania