United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 24-11725-amc
Gregory R Meizinger  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Aug 01, 2024     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gregory R Meizinger, 881 LeCove Drive, Virginia Beach, VA 23464-1650 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| JEFFREY KURTZMAN | on behalf of Creditor BT Dreshertown LP Kurtzman@kurtzmansteady.com |
| JOSEPH M. KANFER | on behalf of Creditor Houck Industrial LLC d/b/a Agar Welding & Steel jkanfer@woolfordlaw.com |
| Justin M. Pilchman | on behalf of Best Line Leasing Inc. d/b/a Best Line Equipment jpilchman@stuckertyates.com |
| LYNN E. FELDMAN | trustee.feldman@rcn.com lfeldman@ecf.axosfs.com |
| ROBERT J. LOHR, II | on behalf of Debtor Gregory R Meizinger bob@lohrandassociates.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Aug 01, 2024 | Form ID: pdf900 | Total Noticed: 1

leslie@lohrandassociates.com;r59687@notify.bestcase.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: GREGORY R. MEIZINGER    : CHAPTER 7
:
Debtor    :
: BANKRUPTCY NO. 24-11725-amc
:

**STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING TO DISCHARGE AND TIME TO MOVE FOR DISMISSAL (OR CONVERSION)**

AND NOW, this 25th day of July, 2024, it is hereby agreed and stipulated between Lynn E. Feldman, Esquire, Chapter 7 Trustee and Robert J. Lohr II, Esquire, Counsel for the Debtor, as follows:

1. The current deadline for the Trustee and any party in interest to file a Complaint Objecting to Discharge and Time to Move for Dismissal (or Conversion) is August 26, 2024.

2. The parties hereby agree, that the Trustee, and any parties in interest, including the United States Trustee shall have until October 26, 2024 to file a Complaint Objecting to Discharge and/or filing a Motion to Dismiss (or Convert) pursuant to 11 U.S.C. § 707(b). Debtor's attorney certifies that he has specific authority from the Debtor to enter into this Stipulation.

_____    _____
Lynn E. Feldman, Esquire    Robert J. Lohr II, Esquire
Chapter 7 Trustee    Counsel for the Debtor

**ORDER**

AND NOW, this 31st day of ____July____, 2024, IT IS HEREBY ORDERED that the above Stipulation be approved and made an Order of this Court with full force and effect thereof.

_____
Ashely M. Chan, Chief Judge
United States Bankruptcy Court
for the Eastern District of Pennsylvania