# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | **GREGORY R. MEIZINGER** : | CHAPTER 7 |
| | : | |
| | **Debtor** : | |
| | : | **BANKRUPTCY NO. 24-11725** |

## NOTICE OF CONTINUED DATE FOR MEETING OF CREDITORS

NOTICE TO ALL CREDITORS:

The meeting of creditors pursuant to 11 U.S.C. § 341, in the above-captioned chapter 7 bankruptcy case originally scheduled for August 14, 2024, at 3:00 AM, has been continued to September 11, 2024, at 9:15 AM. The Chapter 7 Trustee is Lynn E. Feldman, Esquire, and her email address is trustee.feldman@rcn.com. **The meeting is by Zoom. Go to Zoom.us, click on JOIN or call 1 (267) 635-2246, Enter Meeting ID 338 913 1039, and Passcode 3443449121**.

Respectfully submitted,

Lohr & Associates, Ltd.

Date:  August 13, 2024           By:       /s/ Robert J. Lohr II
                                 1246 West Chester Pike
                                 Suite 312
                                 West Chester, PA 19382
                                 (610) 701-0222 - telephone
                                 (610) 431-2792 - facsimile
                                 bob@lohrandassociates.com - email