Certificate Number: 14912-PAE-DE-038905993

Bankruptcy Case Number: 24-11725



14912-PAE-DE-038905993

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 26, 2024, at 9:23 o'clock AM EDT, Gregory Meizinger completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: September 26, 2024

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor