United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 24-11725-amc

Gregory R Meizinger  Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 4
Date Rcvd: Nov 01, 2024 | Form ID: 318 | Total Noticed: 93

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Gregory R Meizinger, 881 LeCove Drive, Virginia Beach, VA 23464-1650 |
| 14889554 | + | Agar Welding & Steel, 93 Firehouse Road, Walnut Bottom, PA 17266-9761 |
| 14889555 | + | Alexander Hwang, Esquire, Platzer, Swergold, Goldberg, Katz & Jasl, 475 Park Avenue, 18th Floor, New York, NY 10022-2045 |
| 14889556 | + | Amato & Keating, 107 North Commerce Way, Bethlehem, PA 18017-8913 |
| 14889557 | + | American Door & Frame, 4716 Blakiston Street, Philadelphia, PA 19136-1515 |
| 14889559 | | BBGY, Inc., d/b/a Boger Concrete Company, 201 Iron Valley Drive, York, PA 17402 |
| 14889562 | + | BET Investments, 1100 Market Street, Dresher, PA 19025-1258 |
| 14889560 | + | Ben's Concrete Resurfacing, LLC, d/b/a Ben's Concrete Services, 188 Brothers Court, Port Matilda, PA 16870-7134 |
| 14897069 | + | Best Line Leasing, Inc., c/o Justin M. Pilchman, 2 North State Street, Newtown, Pa 18940-2027 |
| 14889563 | + | Bobcat of West Chester, 515 Bolmar Street, West Chester, PA 19382-4934 |
| 14889564 | + | Builders Hardware & Specialty Company, 649 East Rolling Ridge Drive, Bellefonte, PA 16823-8135 |
| 14889566 | + | Cassio Carpentry LLC, 1971 Barnett Street, Rahway, NJ 07065-5701 |
| 14889567 | + | Centre Concrete Company, P.O. Box 859, State College, PA 16804-0859 |
| 14889574 | + | Craig Fencing, Inc., 300 E. 6th Avenue, Altoona, PA 16602-7027 |
| 14889576 | + | DAL, Inc., P.O. Box 162, Clifton Heights, PA 19018-0162 |
| 14889579 | + | ERCO Interior Systems, 32 Delsea Drive, Glassboro, NJ 08028-1902 |
| 14889578 | + | Elias Tsakiris, 111 Fox Chase Court, Swedesboro, NJ 08085-3043 |
| 14889580 | + | Fenningham, Dempster & Cocal, LLP, 5 Neshaminyu Interplex, Suite 315, Feasterville Trevose, PA 19053-6972 |
| 14889581 | + | Floor & Decor, 2500 Windy Ridge Parkway, SE, Atlanta, GA 30339-5677 |
| 14889582 | | Forr Stokan, Huff, Komanski & Naugle, 1701 Fifth Avenue, Altoona, PA 16602-2319 |
| 14889583 | | Francis X. Grimes, Esquire, 400 Horsham Road, Suite 110, Bala Cynwyd, PA 19004 |
| 14889584 | + | Freidel & Kramer, PC, 151 Fries Mill Road, Suite 303, Blackwood, NJ 08012-2016 |
| 14889585 | + | Fundation, 11501 Sunset Hills Road, Reston, VA 20190-4754 |
| 14889587 | | GPRS, 5217 Monroe Street, Suite A, Toledo, OH 43623-4604 |
| 14889586 | + | Gerstein Grayson & Cohen, 1288 Route NJ-73, Suite 301, Mount Laurel, NJ 08054-2237 |
| 14889588 | | H & E Equipment, P.O. Box 849850, Dallas, TX 75284-9850 |
| 14889589 | + | Heidi Larue/TCS Corp., 6715 NE 63rd Street, Suite 263, Vancouver, WA 98661-1980 |
| 14889590 | + | Hinman, Howard & Kattell, 80 Exchange Street, P.O. Box 5250, Binghamton, NY 13902-5250 |
| 14889591 | #+ | Ingold Law, PLLC, 5555 Main Street, Buffalo, NY 14221-5430 |
| 14889592 | + | James McKay, CPA, 3201 Napoli Way, Philadelphia, PA 19145-5562 |
| 14889593 | + | JoQuin Associates, Inc., 1418 West Street Road, Warminster, PA 18974-3112 |
| 14889594 | #+ | Kenison Dudley & Crawford, 704 E. McBee Avenue, Greenville, SC 29601-3027 |
| 14889595 | + | Kraft & Kraft, 3200 Penrose Ferry Road, Philadelphia, PA 19145-5500 |
| 14889596 | + | Kreiser & Associates, PC, 1300 Lawrence Road, Havertown, PA 19083-1805 |
| 14889597 | + | Legal Action Bureau, 4417 13th Street, Suite 141, Saint Cloud, FL 34769-6724 |
| 14889598 | + | Lippert Components, Inc., 3501 County Road 6, Elkhart, IN 46514-7663 |
| 14889599 | + | Live Oak Electrical Services, LLC, 49 Browns Cove Road, Unit 2A, Ridgeland, SC 29936-8183 |
| 14889600 | + | Long Brightbill, 315 South Eighth Street, Lebanon, PA 17042-6018 |
| 14889601 | + | Lowe's Credit Card, Synchrony Bank, 3300 Rider Trail, Suite 500, Earth City, MO 63045-1338 |
| 14889602 | + | McNees Wallace & Nurick, 570 Lausch Lane, Suite 200, Lancaster, PA 17601-3076 |
| 14889603 | + | Meizinger Construction Services, LLC, 1100 Market Street, Unit 3019, Dresher, PA 19025-1264 |
| 14889604 | + | Michelle Gerred, Esquire, NCS Credit, 729 Miner Road, Cleveland, OH 44143-2117 |
| 14889605 | + | Millville Glass & Door, 234 Bogden Boulevard, Suite C, Millville, NJ 08332-4852 |
| 14889606 | + | Mr. Handyman of Greater Savannah, 200 Governor Treutlen Road, Pooler, GA 31322-3400 |

Case 24-11725-amc   Doc 35   Filed 11/03/24   Entered 11/03/24 23:40:51   Desc Imaged
Certificate of Notice   Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 01, 2024 | Form ID: 318 | Total Noticed: 93 |

| | | |
|---|---|---|
| 14889608 | + | Onyx Glentov, 1770 West County Line Road, Suite 201, Lakewood, NJ 08701-1177 |
| 14889610 | + | PA Department of Labor & Industry, Strawberry Square, 15th Floor, Harrisburg, PA 17120-0001 |
| 14889614 | + | PIDC, 1500 Market Street, Suite 3500 West, Philadelphia, PA 19102-2115 |
| 14889611 | + | Pennsylvania Department of Labor & Ind., 1700 Labor & Industry Building, Harrisburg, PA 17120-0105 |
| 14889612 | | Pennsylvania Department of Labor & Ind., Office of Unemployment Compensation, 651 Boas Street, Room 525, Harrisburg, PA 17121-0750 |
| 14894319 | + | Pennsylvania State Workers Insurance Fund, 100 Lackawanna Avenue, 3rd Floor, Scranton PA 18503-1986 |
| 14889617 | + | RMC Receivable Management Corp., 400 West Cummings Park, Suite 4450, Woburn, MA 01801-6594 |
| 14889616 | + | Red Rose Interior, Inc., 1002 North Prince Street, Lancaster, PA 17603-2713 |
| 14889618 | + | Saxton & Stump, 280 Granite Run Drive, Suite 300, Lancaster, PA 17601-6814 |
| 14889619 | + | Shore Supply, Inc., 855 Bethel Avenue, Pennsauken, NJ 08110-2605 |
| 14889620 | + | Stanley Blacktop, 372 State Road Route 34, Building A, Waverly, NY 14892-9631 |
| 14889621 | + | State Workers Insurance Fund, 100 Lackawanna Avenue, Suite 300, Scranton, PA 18503-1938 |
| 14914468 | + | Stratix Systems, 660 American Avenue, Suite 106, King of Prussia, PA 19406-4032 |
| 14889623 | + | Stuckert & Yates, 2 N. State Street, P.O. Box 70, Newtown, PA 18940-0070 |
| 14889624 | + | Styles Contracting, LLC, 430 Tigerville Road, Travelers Rest, SC 29690-8692 |
| 14889625 | + | Sunbelt Rentals, 1275 W. Mound Street, Columbus, OH 43223-2213 |
| 14937729 | + | TD Bank, N.A., c/o Saldutti Law Group, 1700 Market St., Suite 1005, Philadelphia, PA 19103-3920 |
| 14889628 | | The Burnett Law Group, 9 Colonnade Way, Suite 117, PMB 158, State College, PA 16803 |
| 14889629 | + | The Sherwin Williams Company, 711 First Avenue, King of Prussia, PA 19406-4059 |
| 14889630 | + | Tradesman International, 1009 West Ninth Avenue, King of Prussia, PA 19406-1211 |
| 14889631 | + | Tucker Albin & Associates, 1820 Chapel Avenue, West, Cherry Hill, NJ 08002-4610 |
| 14889632 | + | United Rentals, 100 Stamford Place, Suite 700, Stamford, CT 06902-9200 |
| 14889634 | + | Virginia Maid Kitchens Inc., 737 Blue Crab Road, Newport News, VA 23606-2548 |
| 14889637 | + | Woolford Kanfer Law, PC, 101 North Pointe Boulevard, Suite 200, Lancaster, PA 17601-4108 |
| 14889638 | + | Zimolong, LLC, P.O. Box 552, Villanova, PA 19085-0552 |

TOTAL: 69

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QLEFELDMAN.COM | Nov 02 2024 04:11:00 | LYNN E. FELDMAN, Lynn E. Feldman, Trustee, 2310 Walbert Ave, Ste 103, Allentown, PA 18104-1360 |
| smg | | Email/Text: megan.harper@phila.gov | Nov 02 2024 00:39:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Nov 02 2024 04:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 02 2024 00:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14889558 | | Email/Text: legal@arsnational.com | Nov 02 2024 00:38:00 | ARS National Services, P.O. Box 469100, Escondido, CA 92046-9100 |
| 14889561 | | Email/Text: bcaldarelli@bestline.com | Nov 02 2024 00:38:00 | Best Line Leasing, Inc., 2582 Gateway Drive, State College, PA 16801 |
| 14889575 | | Email/Text: correspondence@credit-control.com | Nov 02 2024 00:38:00 | Credit Controll, LLC, P.O. Box 160, Hazelwood, MO 63042 |
| 14889565 | + | EDI: CAPITALONE.COM | Nov 02 2024 04:11:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14889571 | + | Email/Text: bankruptcycollections@citadelbanking.com | Nov 02 2024 00:39:00 | Citadel Federal Credit Union, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14889572 | + | EDI: CITICORP | Nov 02 2024 04:11:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, P.O. Box 790040, St Louis, MO 63179-0040 |
| 14889573 | | EDI: CITICORP | Nov 02 2024 04:11:00 | Citibank Home Depot, Commercial Credit Card, P.O. Box 7032, Sioux Falls, SD 57117-7032 |

Case 24-11725-amc    Doc 35    Filed 11/03/24    Entered 11/03/24 23:40:51    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 01, 2024 | Form ID: 318 | Total Noticed: 93 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14889577 | + | EDI: DISCOVER | Nov 02 2024 04:11:00 | Discover Financial, Attn: Bankruptcy, P.O. Box 3025, New Albany, OH 43054-3025 |
| 14889568 | | EDI: JPMORGANCHASE | Nov 02 2024 04:11:00 | Chase Auto Finance, Attn: Bankruptcy, 700 Kansas Lane La, Monroe, LA 71203 |
| 14889569 | | EDI: JPMORGANCHASE | Nov 02 2024 04:11:00 | Chase Auto Finance, P.O. Box 78101, Phoenix, AZ 85062 |
| 14889570 | | EDI: JPMORGANCHASE | Nov 02 2024 04:11:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14889607 | + | EDI: NFCU.COM | Nov 02 2024 04:11:00 | Navy Federal Credit Union, Attn: Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14889613 | + | Email/PDF: ebnotices@pnmac.com | Nov 02 2024 00:59:01 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 14889615 | + | Email/Text: bankruptcy1@pffcu.org | Nov 02 2024 00:38:00 | Police and Fire Federal Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14889622 | + | Email/Text: bknotice@stillmanlaw.com | Nov 02 2024 00:39:00 | Stillman Law Office, 30057 Orchard Lake Road, Suite 200, Farmington, MI 48334-2265 |
| 14889626 | + | EDI: LCITDAUTO | Nov 02 2024 04:11:00 | TD Auto Finance, Attn: Bankruptcy, P.O. Box 9223, Farmington Hills, MI 48333-9223 |
| 14889627 | | EDI: TDBANKNORTH.COM | Nov 02 2024 04:11:00 | TD Bank, 1701 Marlton Pike East, Suite 200, Cherry Hill, NJ 08003 |
| 14889632 | ^ | MEBN | Nov 02 2024 00:14:16 | United Rentals, 100 Stamford Place, Suite 700, Stamford, CT 06902-9200 |
| 14889635 | | Email/Text: wclyne@voxfunding.com | Nov 02 2024 00:38:00 | Vox Funding, LLC, 100 Park Avenue, 26th Floor, New York, NY 10017 |
| 14889633 | + | EDI: VERIZONCOMB.COM | Nov 02 2024 04:11:00 | Verizon Wireless Bankruptcy Admin., 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225 |
| 14889636 | | EDI: WFFC2 | Nov 02 2024 04:11:00 | Wells Fargo Vendor Financial Services LL, 5000 Riverside Drive, Suite 300 East, Irving, TX 75039-4314 |
| 14901981 | + | EDI: WFFC2 | Nov 02 2024 04:11:00 | Wells Fargo Vendor Financial Services, LLC, Attn: La Neice Brown, 800 Walnut Street, MAC F0005-055, Des Moines, IA 50309-3891 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14889609 | *+ | Onyx Glentov, LLC, 1770 West County Line Road, Suite 201, Lakewood, NJ 08701-1177 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 01, 2024 | Form ID: 318 | Total Noticed: 93 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2024                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2024 at the address(es) listed below:**

**Name**           **Email Address**

DENISE ELIZABETH CARLON
on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

JEFFREY KURTZMAN
on behalf of Creditor BT Dreshertown LP Kurtzman@kurtzmansteady.com

JOSEPH M. KANFER
on behalf of Creditor Houck Industrial LLC d/b/a Agar Welding & Steel jkanfer@woolfordlaw.com

Justin M. Pilchman
on behalf of Best Line Leasing  Inc. d/b/a Best Line Equipment jpilchman@stuckertyates.com

LYNN E. FELDMAN
trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

ROBERT J. LOHR, II
on behalf of Debtor Gregory R Meizinger bob@lohrandassociates.com
leslie@lohrandassociates.com;r59687@notify.bestcase.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Gregory R Meizinger<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0900<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 24–11725–amc | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Gregory R Meizinger

10/31/24

**By the court:** <u>Ashely M. Chan</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2